# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Premier Concrete LLC, Keith Woods, and Joy Woods, | ) ) ) |
| Plaintiffs, | ) ) Civil Action No. ) 1:20-cv-00307-SDG |
| v. | ) ) |
| Argos North America Corp., Argos Ready Mix, LLC, Elite Concrete LLC, Elite Concrete Holdings, LLC, Elite Concrete of SC, LLC, Coastal Concrete Southeast II LLC, Evans Concrete Holdings Inc., Evans Concrete, L.L.C., Thomas Concrete, Inc., Thomas Concrete of Georgia, Inc., Thomas Concrete of South Carolina, Inc., Holcim (US) Inc., Cemex, Inc., Cemex Materials, LLC, Cemex Southeast, LLC, and Giant Cement Company, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the *Federal Rules of Civil Procedure*, Plaintiffs Premier Concrete LLC, Keith Woods, and Joy Woods, and their counsel of record, hereby give notice that Plaintiffs voluntarily dismiss all of their claims against Argos North America Corp., Argos Ready Mix, LLC, Elite Concrete LLC, Elite Concrete Holdings, LLC, Elite Concrete of SC, LLC, Evans Concrete Holdings

1

Inc., Evans Concrete, L.L.C., Thomas Concrete, Inc., Thomas Concrete of Georgia, Inc., Thomas Concrete of South Carolina, Inc., Holcim (US) Inc., Cemex, Inc., Cemex Materials, LLC, Cemex Southeast, LLC, and Giant Cement Company in the above titled action, with prejudice.[1]  Each party to bare their own costs.[2]

/s/ C. Lance Gould
C. Lance Gould (admitted pro hac vice)
Tyner D. Helms (admitted pro hac vice)
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
272 Commerce Street
Montgomery, Alabama  36104
Tel:  (334) 269-2343
Fax:  (334) 495-1227
Lance.Gould@BeasleyAllen.com
Tyner.Helms@BeasleyAllen.com

---

[1] Plaintiffs voluntarily dismissed all their claims against Coastal Concrete Southeast II LLC without prejudice pursuant to Rule 41(a) with the filing of Doc. 160.
[2] Each Defendant previously listed agrees to waive any and all costs, any and all fees, or any other cost whatsoever that may be or have been available in exchange for the Plaintiffs' waiver of their right to appeal the Court's dismissal order or to file an amended complaint.

>Benjamin R. Keen (GA Bar No. 810828)
>BEASLEY, ALLEN, CROW,
>METHVIN, PORTIS & MILES, P.C.
>4200 Northside Parkway NW
>Building One, Suite 100
>Atlanta, Georgia  30327
>Tel: (404) 751-1162
>Fax: (855) 674-1818
>Ben.Keen@BeasleyAllen.com
>
>Theodore T. Carellas
>Carellas Law Firm
>440 Silverwood Centre Drive
>Post Office Box 2599
>Rincon, Georgia  31326
>TCarellas@carellaslaw.com
>
>*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2021, I electronically filed the within and foregoing pleading with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

>/s/ C. Lance Gould
>OF COUNSEL